**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-30731

BARBARA BAILEY PICHON,

Plaintiff-Appellant,

VERSUS

MURPHY OIL USA, INC.,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Louisiana

April 15, 2002

ON PETITION FOR REHEARING AND REHEARING EN BANC

Before GARWOOD, JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

In its petition for rehearing, petitioner complains that our opinion did not consider its argument that this suit was barred by an earlier arbitration. The district court thoroughly discussed Murphy's argument on this point and for reasons stated by the district court in its May 30, 2001 order and reasons, we also reject this argument. The petition for panel rehearing is

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

therefore DENIED.  No member of this panel nor judge in regular active service on the court having requested that the court be polled on Rehearing En Banc, (Fed. R. App. P and 5th Cir. R. 35) the Petition for Rehearing En Banc is also DENIED.